# Holland & Knight

400 South Hope Street, 8th Floor | Los Angeles, CA 90071 | T 213.896.2400 | F 213.896.2450
Holland & Knight LLP | www.hklaw.com

April 2, 2015

**Matthew P. Vafidis**
Direct: 415-743-6950
Email: mvafidis@hklaw.com

**Via email (ben.malkin@hudsonshipping.com) and first-class mail**

Ben Malkin
Hudson Shipping Lines, Inc.
1650 Lake Cook Rd.
Deerfield, IL 60015

Re:   Shin Kurushima Vessels - Hull 3668 and Hull 3670, dated April 11, 2014.
Notice of arbitration.

Dear Mr. Malkin:

We represent Castleton Commodities Shipping Co., Pte. Ltd and its guarantor Castleton Commodities International L.L.C., USA ("Castleton") in connection with a dispute that has arisen between Castleton and Hudson Shipping Lines ("Hudson") under the terms of two bareboat charters dated April 11, 2014 relating, respectively, to the above-captioned vessels to be built at Shin Kurushima Toyohashi Shipbuilding Ltd., Japan. Pursuant to cl. 13 of the Additional Clauses to the charter parties, Hudson agreed to provide a performance guarantee, which includes Hudson's commitment to pay the sum of $3 million into escrow (the "initial cash amount") for each vessel. It is our understanding that the initial cash amount for each vessel has not been paid into escrow despite Castleton's repeated demands.

Please be advised that we have commenced arbitration of this dispute, pursuant to the charter parties, under LMAA terms in London. Castleton will not proceed with the arbitration if Hudson promptly makes payment of $6 million USD into escrow in accordance with the terms of cl. 13 of the Additional Clauses of the charter parties (the "Escrow Monies"). The Escrow Monies comprise the Initial Cash Amount due under cl. 13.

Please consider this communication Castleton's notice of arbitration under cl. 30 of the relevant agreements. We have already nominated David Owen QC as Castleton's Party Arbitrator and attach his biography for your reference. Under cl. 30, Hudson has 14 days to appoint its party arbitrator, if it fails to do so Mr. Owen will be the sole arbitrator.

Mr. David Owen, QC
April 2, 2015
Page 2

      We are available to discuss this matter with your counsel if you would like.  Please let us know if there are any questions.

      Very truly yours,

      HOLLAND & KNIGHT LLP

      Matthew P. Vafidis

      Counsel for Castleton Commodities Shipping Co., Pte. Ltd and Castleton Commodities International L.L.C., USA.

cc: Duane Duclaux, Esq.
    Deputy General Counsel
    Castleton Commodities Shipping Co., Pte. Ltd.